# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Corrugated Industries of Florida, Inc. | § | Case No. 8:17-bk-01141-MGW |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Nicole M. Cameron, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 27,000.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 628,111.68 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 182,587.93 | |

3) Total gross receipts of $810,699.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $810,699.61 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $367,724.11 | $1,739,634.58 | $326,432.61 | $326,432.61 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 99,841.76 | 99,841.76 | 99,841.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 121,774.98 | 82,746.17 | 82,746.17 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 33,000.00 | 726,421.08 | 265,119.70 | 265,119.70 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 730,077.52 | 1,695,957.68 | 1,752,755.30 | 36,559.37 |
| **TOTAL DISBURSEMENTS** | $1,130,801.63 | $4,383,630.08 | $2,526,895.54 | $810,699.61 |

4) This case was originally filed under chapter 11 on 02/14/2017, and it was converted to chapter 7 on 11/07/2017. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/23/2020          By:/s/Nicole M. Cameron
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1920 U.S. Highway 301 N, Tampa, FL 33619 | 1110-000 | 635,000.00 |
| Cash | 1129-000 | 10.19 |
| Machinery, fixtures and equipment | 1129-000 | 175,000.00 |
| Florida Unclaimed Funds | 1229-000 | 100.84 |
| Refund of Premium - Covington | 1229-000 | 303.19 |
| Regions Bank, Acct #7828 | 1229-000 | 197.92 |
| Regions Bank, Acct #7836 | 1229-000 | 34.72 |
| Regions Bank, Acct #7844 | 1229-000 | 30.53 |
| Regions Bank, Acct #7852 | 1229-000 | 22.22 |
| **TOTAL GROSS RECEIPTS** | | **$810,699.61** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 18 | Five S Properties, Llc | 4110-000 | 36,446.11 | 102,449.11 | 0.00 | 0.00 |
| 10 | Internal Revenue Service | 4110-000 | NA | 826,319.46 | 0.00 | 0.00 |
| 16a | Mcelroy Metal Inc. | 4110-000 | NA | 80,713.15 | 80,761.27 | 80,761.27 |
| 16 | Mcelroy Metal Inc. | 4120-000 | 78,000.00 | 70,594.54 | 0.00 | 0.00 |
| 10 | Internal Revenue Service | 4300-000 | 230,000.00 | 413,886.98 | 0.00 | 0.00 |
| 10a | Internal Revenue Service | 4300-000 | NA | 204,760.49 | 204,760.49 | 204,760.49 |
| | Doug Belden Tax Collector | 4700-000 | NA | 27,277.63 | 27,277.63 | 27,277.63 |
| 2 | Doug Belden Tax Collector | 4700-000 | 22,450.00 | 11,336.19 | 11,336.19 | 11,336.19 |
| | Doug Belden Tax Collector | 4800-000 | NA | 1,366.78 | 1,366.78 | 1,366.78 |
| 1 | Doug Belden Tax Collector | 4800-000 | NA | 554.19 | 554.19 | 554.19 |
| 5a | Mississippi Department Of Revenue | 4800-000 | 828.00 | 850.81 | 850.81 | 850.81 |
| | Doug Belden Tax Collector | 4800-002 | NA | -474.75 | -474.75 | -474.75 |
| TOTAL SECURED CLAIMS | | | $367,724.11 | $1,739,634.58 | $326,432.61 | $326,432.61 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nicole M. Cameron | 2100-000 | NA | 43,784.98 | 43,784.98 | 43,784.98 |
| Nicole M. Cameron | 2200-000 | NA | 417.72 | 417.72 | 417.72 |
| Union Bank | 2600-000 | NA | 5,632.63 | 5,632.63 | 5,632.63 |
| Union Bank | 2600-002 | NA | -1,265.23 | -1,265.23 | -1,265.23 |
| Industrial Asset Corp. | 2820-000 | NA | 4,781.22 | 4,781.22 | 4,781.22 |
| Office Of The United States Trustee | 2950-000 | NA | 3,580.09 | 3,580.09 | 3,580.09 |
| ALLAN C WATKINS | 3210-000 | NA | 41,130.00 | 41,130.00 | 41,130.00 |
| ALLAN C WATKINS | 3220-000 | NA | 562.90 | 562.90 | 562.90 |
| Andrea Bauman, CPA | 3410-000 | NA | 1,200.00 | 1,200.00 | 1,200.00 |
| Andrea Bauman, CPA | 3420-000 | NA | 17.45 | 17.45 | 17.45 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $99,841.76 | $99,841.76 | $99,841.76 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Professional Expenses: David W Steen | 6710-000 | NA | 21,672.51 | 14,955.51 | 14,955.51 |
| Prior Chapter Administrative Rent: Five S Properties, Llc | 6920-000 | NA | 82,311.81 | 50,000.00 | 50,000.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Administrative Expenses: Florida Department of Revenue | 6990-000 | NA | 17,790.66 | 17,790.66 | 17,790.66 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $121,774.98 | $82,746.17 | $82,746.17 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25 | Allen Barr | 5300-000 | NA | 3,876.00 | 3,876.00 | 3,876.00 |
| 28 | Boguslaw A. Bator | 5300-000 | NA | 2,844.30 | 2,844.30 | 2,844.30 |
| 26 | David Schonacher | 5300-000 | NA | 23,303.50 | 23,303.50 | 23,303.50 |
| 27 | Derek Hottenroth | 5300-000 | NA | 5,230.30 | 5,230.30 | 5,230.30 |
| 30 | Gene D. Lebouef, Jr. | 5300-000 | NA | 15,629.00 | 15,629.00 | 15,629.00 |
| 29 | Gene D. Lebouef, Sr. | 5300-000 | NA | 3,696.35 | 3,696.35 | 3,696.35 |
| 9 | Department Of Revenue | 5800-000 | 33,000.00 | 117,403.94 | 75,604.57 | 75,604.57 |
| 10 | Internal Revenue Service | 5800-000 | NA | 390,011.38 | 0.00 | 0.00 |
| 10b | Internal Revenue Service | 5800-000 | NA | 116,779.43 | 116,779.43 | 116,779.43 |
| 19a | Internal Revenue Service | 5800-000 | NA | 29,490.63 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 23a | Louisiana Department Of Revenue | 5800-000 | NA | 11,758.18 | 11,758.18 | 11,758.18 |
| 24a | Louisiana Department Of Revenue | 5800-000 | NA | 5,779.19 | 5,779.19 | 5,779.19 |
| 5b | Mississippi Department Of Revenue | 5800-000 | NA | 618.88 | 618.88 | 618.88 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $33,000.00 | $726,421.08 | $265,119.70 | $265,119.70 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Avadanian & Assoc 281 Young Harris St. Suite D PMB 273 Blairsville, GA 30512 | | 2,995.00 | NA | NA | 0.00 |
| | Briggs Equipment Lock Box 841272 Dallas, TX 75284-1272 | | 2,663.10 | NA | NA | 0.00 |
| | C. Stephen Allen 3606 Swann Avenue Tampa, FL 33609 | | 30,659.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital City Bank P.O. Box 790408 Saint Louis, MO 63179-0408 | | 24,741.26 | NA | NA | 0.00 |
| | City of New Orleans P O Box 60047 New Orleans, LA 70160-0047 | | 0.00 | NA | NA | 0.00 |
| | Delta Consolidated 205 Pailet Lane Harvey, LA 70058 | | 7,094.07 | NA | NA | 0.00 |
| | Dominion Building Products 1863 Solutions Center Chicago, IL 60677-1008 | | 2,931.52 | NA | NA | 0.00 |
| | Florida Hot Shot Services P O Box 413 Thonotosassa, FL 33592 | | 6,600.00 | NA | NA | 0.00 |
| | Kenwood Painted Metals 20200 Governors Drive Suite 202 Olympia Fields, IL 60461 | | 215,270.00 | NA | NA | 0.00 |
| | Pacific Metals Trading, Inc. 2161 W. 182nd Street Suite 204 Torrance, CA 90504 | | 78,884.31 | NA | NA | 0.00 |
| | Painted Metal Products 1025 Lockwood Drive Houston, TX 77020 | | 59,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | San Antonio Quality Metals 2707 Castroville Road San Antonio, TX 78237 | | 50,236.46 | NA | NA | 0.00 |
| | SBS Building Components 17600 Badtke Road Hockley, TX 77447 | | 7,568.00 | NA | NA | 0.00 |
| | Sealtite Building Fasteners 6357 Reynolds Road Tyler, TX 75708 | | 14,925.00 | NA | NA | 0.00 |
| | SFS Initec, Inc. P O Box 6326 Reading, PA 19610 | | 14,492.00 | NA | NA | 0.00 |
| | Springboard Enterprises 14519 Lindale Rose Lane Humble, TX 77396 | | 20,243.00 | NA | NA | 0.00 |
| | Whirlwind Steel Bldgs, Inc. c/o Craig H. Clendin, Esq. Four Houston Center 1221 Lamar St., 16th Floor, Houston, TX 77010-3039 | | 4,368.70 | NA | NA | 0.00 |
| | YP Advertising P O Box 5010 Carol Stream, IL 60197-5010 | | 23,175.93 | NA | NA | 0.00 |
| 7 | Airgas Usa, Llc | 7100-000 | NA | 449.21 | 449.21 | 9.50 |
| 20 | All Steel Buildings Inc | 7100-000 | NA | 13,982.68 | 13,982.68 | 295.82 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Amino Transport, Inc. | 7100-000 | 2,650.00 | 2,650.00 | 0.00 | 0.00 |
| 22 | AmTrust North America, Inc. | 7100-000 | NA | 3,157.00 | 3,157.00 | 66.79 |
| 21 | Angelo"s Aggregate Materials | 7100-000 | NA | 4,540.14 | 4,540.14 | 96.05 |
| 8 | Bay Insulation Of Louisiana Inc. | 7100-000 | 11,319.00 | 12,584.04 | 12,584.04 | 266.23 |
| 14 | Brimmer, Burek & Keelan Llp | 7100-000 | 53,876.25 | 52,626.25 | 52,626.25 | 1,113.37 |
| 31 | C. Stephen Allen | 7100-000 | NA | 64,643.52 | 64,643.52 | 1,367.61 |
| 11 | Chris Weaver | 7100-000 | 17,000.00 | 17,000.00 | 17,000.00 | 359.66 |
| 17 | Craco Metal Supply Inc. | 7100-000 | 24,871.86 | 24,871.26 | 24,871.26 | 526.18 |
| 18 | Five S Properties, Llc | 7100-000 | NA | 586,332.86 | 651,015.97 | 13,773.02 |
| 15 | Ge Capital Retail Bank | 7100-000 | NA | 894.58 | 894.58 | 18.93 |
| 10c | Internal Revenue Service | 7100-000 | NA | 1,500.00 | 1,500.00 | 31.73 |
| 19b | Internal Revenue Service | 7100-000 | NA | 418.91 | 0.00 | 0.00 |
| 13 | Konecranes, Inc | 7100-000 | 1,132.78 | 1,132.78 | 1,132.78 | 23.97 |
| 16b | Mcelroy Metal Inc. | 7100-000 | NA | 829,405.46 | 829,405.46 | 17,547.06 |
| 12 | Nci Group Inc | 7100-000 | 49,832.17 | 48,924.11 | 48,924.11 | 1,035.05 |
| 4 | Triangle Fastener Corp. | 7100-000 | 1,392.11 | 1,277.71 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Tyco Integrated Security Llc | 7100-000 | 2,156.00 | 1,342.41 | 1,342.41 | 28.40 |
| 33 | Pitney Bowes Global Financial Services L | 7200-000 | NA | 1,437.82 | 1,437.82 | 0.00 |
| 9b | Department Of Revenue | 7300-000 | NA | 5,317.08 | 5,317.08 | 0.00 |
| 10d | Internal Revenue Service | 7300-000 | NA | 13,885.40 | 13,885.40 | 0.00 |
| 19b | Internal Revenue Service | 7300-000 | NA | 3,538.87 | 0.00 | 0.00 |
| 23b | Louisiana Department Of Revenue | 7300-000 | NA | 2,693.37 | 2,693.37 | 0.00 |
| 24b | Louisiana Department Of Revenue | 7300-000 | NA | 1,216.82 | 1,216.82 | 0.00 |
| 5c | Mississippi Department Of Revenue | 7300-000 | NA | 135.40 | 135.40 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $730,077.52 | $1,695,957.68 | $1,752,755.30 | $36,559.37 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-01141 | MGW | Judge: | Michael G. Williamson | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|---|---|---|
| Case Name: | Corrugated Industries of Florida, Inc. | | | | Date Filed (f) or Converted (c): | 11/07/2017 (c) |
| | | | | | 341(a) Meeting Date: | 12/08/2017 |
| For Period Ending: | 03/23/2020 | | | | Claims Bar Date: | 03/08/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash | 0.00 | 0.00 | | 10.19 | FA |
| 2.  checking account | 0.00 | 0.00 | | 0.00 | FA |
| 3.  Inventory | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 4.  Office furniture, computers, printers, software | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5.  Machinery, fixtures and equipment | 390,000.00 | 390,000.00 | | 175,000.00 | FA |
| 6.  1920 U.S. Highway 301 N, Tampa, FL 33619 | 1,000,000.00 | 1,000,000.00 | | 635,000.00 | FA |
| 7.  Warehouse located at 2222 Poydres Street, New Orleans, LA | Unknown | Unknown | | 0.00 | FA |
| 8.  Regions Bank, Acct #7852 (u) | 0.00 | 22.22 | | 22.22 | FA |
| 9.  Regions Bank, Acct #7844 (u) | 0.00 | 30.53 | | 30.53 | FA |
| 10.  Regions Bank, Acct #7836 (u) | 0.00 | 34.72 | | 34.72 | FA |
| 11.  Regions Bank, Acct #7828 (u) | 0.00 | 197.92 | | 197.92 | FA |
| 12.  Florida Unclaimed Funds (u) | 0.00 | 100.84 | | 100.84 | FA |
| 13.  2006 Ford F350 (u) | 0.00 | Unknown | | 0.00 | FA |
| 14.  1999 Hyster Forklift (u) | 0.00 | Unknown | | 0.00 | FA |
| 15.  Refund of Premium - Auto Owners Ins. (u) | 0.00 | Unknown | | 0.00 | FA |
| 16.  Refund of Premium - Southern Owners Ins. (u) | 0.00 | Unknown | | 0.00 | FA |
| 17.  Refund of Premium - Avondale Ins. (u) | 0.00 | Unknown | | 0.00 | FA |
| 18.  Refund of Premium - AmTrust North America/Technology Ins. (u) | 0.00 | Unknown | | 0.00 | FA |
| 19.  2005 Ford F150 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Accounts Receivable | 14,000.00 | 14,000.00 | | 0.00 | FA |
| 21.  Flat bed Trailer (u) | 0.00 | Unknown | | 0.00 | FA |
| 22.  Refund of Premium - Covington (u) | 0.00 | 303.19 | | 303.19 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Case 8:17-bk-01141-MGW   Doc 182   Filed 08/06/20   Page 13 of 26

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,417,000.00 | $1,417,689.42 | $810,699.61 | $0.00 |

Exhibit 8

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/7/17 - visited Tampa location and obtained keys from Mr. Shonacher; went to Regions Bank to close bank accounts - NMC
11/13/17 - researched status of liens on property; emailed DA for life insurance documents - NMC
11/19/17 - reviewed proofs of claims to date and emailed creditors for more information; checked FL unclaimed funds registry ($100.84), nothing under Custom Metal Bulding Products - NMC
11/21/17 - sent requests to cancel liability policies and send refunds if any - NMC
12/5/17 - 401k plan was never contributed to by Debtor and was closed in 2016 when stopped using payroll company - NMC
12/7/17 - QR - filed app Empl Atty Watkins - NMC
12/13/17 - sent info to Atty Watkins on potential buyers and liens on assets - NMC
12/28/17 - filed Obj to POC #4 & #6 - NMC
1/12/18 - rcvd offer on assets as a going concern at $500,000; Atty Watkins will file appropriate Motion to Sell - NMC
2/27/18 - QR - Atty Watkins working on final wording of sale agreement & Motion; hopes to have done today - NMC
3/7/18 - sent 2nd request to ins. policies to cancel and send refund, if any - NMC
3/16/18 - RR info re: Avondale policy was canceled 8/7/17 - NMC
3/27/18 - signed final sales agreement to file M/Sell - NMC
4/15/18 - auction set for 5/24/18 - NMC
5/17/18 - reviewed claims; IRS has a duplicate claim; prepared and filed obj to IRS POC #19 as duplicate; Doc #133; 33 days runs 6/19
5/30/18 - QR - filed App Empl CPA Bauman; auction completed on 5/24 sold for $830,000; waiting on final order and closing docs - NMC
6/11/18 - mailed checks for per closing statement for auction of real estate and personal property; sent docs to CPA Bauman to work on final tax return - NMC
6/18/18 - uploaded AO on Obj to POC #18 - NMC
8/25/18 - sent original title for 2005 F250 to buyer - NMC
9/11/18 - QR - waiting on Estate Tax return from CPA; emailed buyer re: info needed to transfer title of last vehicle - NMC
9/24/18 - mailed 2018 tax return to IRS - NMC
9/29/18 - prepared and filed FA for CPA Bauman - NMC
11/7/18 - corrected tax return per IRS request & resent - NMC
11/21/18 - emailed DA re: 940 return for 12/31/16 - NMC
12/11/18 - Qr - did not rcv 940 return for 12/31/16 from Debtor (they have a history of not filing these returns per IRS); sent IRS R re: no information for 940 return for 12/31/16 - NMC
12/27/18 - landlord has filed supplemental admin claim; emailed Atty Watkins re: claim - NMC
1/3/19 - O entered on App Interim Payment - sent checks to Atty Watkins - NMC
3/12/19 - QR - working on trying to resolve supplemental admin claim by Landlord in Louisiana - NMC
4/4/419 - AO entered for supplemental admin claim; f/u w/Atty Watkins on last issue to resolve re: Admin claim of FDOR - NMC
4/25/19 - mailed check to David Steen per Doc #167 - NMC
5/15/19 - emailed DA re: 940 tax return for 2016 - second request - NMC
7/31/19 - QR - no R from DA for 940 tax return; will TFR after final review of case - NMC
9/27/19 - QR - submitted TFR - NMC
11/19/19 - filed NFR - NMC
1/4/20 - submitted ECOD - NMC
1/28/20 - mailed checks - NMC

Exhibit 8

| RE PROP # | 3 | -- | 11/21/17 - inventory gone at time of conversion per inspection by trustee on 11/9/17 |
| RE PROP # | 15 | -- | 4/15/18 - canceled before conversion - NMC |
| RE PROP # | 16 | -- | 11/26/17 - policy was cancelled in 2016 - NMC |
| RE PROP # | 17 | -- | 3/16/18 - rcvd info that policy was cancelled 8/7/17 - NMC |
| RE PROP # | 18 | -- | 4/15/18 - canceled before conversion - NMC |
| RE PROP # | 19 | -- | 11/21/17 - value based on Vincheck report - NMC |

Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 12/31/2019

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-01141

Case Name: Corrugated Industries of Florida, Inc.

Trustee Name: Nicole M. Cameron

Bank Name: Union Bank

Account Number/CD#: XXXXXX3652

Checking

Taxpayer ID No: XX-XXX2705

For Period Ending: 03/23/2020

Blanket Bond (per case limit): $24,397,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/17 | 8 | Regions<br>2030 Metairie Rd.<br>Metairie, LA 70005-3834 | Payment of Accounts Receivable<br>Funds from closing of DIP account - rcvd in person - ck#5504148230<br><br>Delayed in recording as Trustee was out of the office | 1229-000 | $22.22 | | $22.22 |
| 11/15/17 | 9 | Regions<br>2030 Metairie Rd.<br>Metairie, LA 70005-3834 | Payment of Accounts Receivable<br>Funds from closing of DIP account - rcvd in person - ck#5504148229<br><br>Delayed in recording as Trustee was out of the office | 1229-000 | $30.53 | | $52.75 |
| 11/15/17 | 11 | Regions<br>2030 Metairie Rd.<br>Metairie, LA 70005-3834 | Payment of Accounts Receivable<br>Funds from closing of DIP account - rcvd in person - ck#5504148227<br><br>Delayed in recording as Trustee was out of the office | 1229-000 | $197.92 | | $250.67 |
| 11/15/17 | 10 | Regions<br>2030 Metairie Rd.<br>Metairie, LA 70005-3834 | Payment of Accounts Receivable<br>Funds from closing of DIP account - rcvd in person - ck#5504148228<br><br>Delayed in recording as Trustee was out of the office | 1229-000 | $34.72 | | $285.39 |

Page Subtotals: $285.39    $0.00

Page: 2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-01141
Case Name: Corrugated Industries of Florida, Inc.

Trustee Name: Nicole M. Cameron
Bank Name: Union Bank
Account Number/CD#: XXXXXX3652
Checking

Exhibit 9

Taxpayer ID No: XX-XXX2705
For Period Ending: 03/23/2020

Blanket Bond (per case limit): $24,397,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/17 | 1 | Corrugated Industries of Florida, Inc. 1920 US Highway 301 North Tampa, FL 33619 | Payment of non-exempt PP Cash picked up at location 11/20/17 $1 Quarters $5.60 - 56 dimes $1.15 - 23 nickles $2 nickles rolled 44 pennies total: $10.19<br><br>Trustee will convert change to money order on 11/21/17 and deposit in Estate account<br><br>Cashier's check #1198705015 | | 1129-000 | $10.19 | | $295.58 |
| 02/23/18 | 12 | State Of Florida - Department Of Revenue Post Office Box 6668 Tallahassee, Fl 32314-6668 | Payment of unclaimed funds - rcvd from State of Florida - ck#487-890 | | 1229-000 | $100.84 | | $396.42 |
| 02/23/18 | 22 | IPFS Corporation 4902 Eisenhower Blvd., #296 Tampa, FL 33634-3190 | Refund of payment Refund of insurance premium - rcvd from IPFS Corporation - ck#07-254102 | | 1229-000 | $303.19 | | $699.61 |
| 06/11/18 | | Watkins Law Firm PA 707 N. Franklin St., Ste 750 Tampa, FL 33602-4423 | Payment of Asset sold at Auction Payment for sale of real estate and personal property at auction on 5/24/18 | | | $0.00 | | $699.61 |
| | | | Gross Receipts | $810,000.00 | | | | |
| | 5 | | Machinery, fixtures and equipment | $175,000.00 | 1129-000 | | | |
| | 6 | | 1920 U.S. Highway 301 N, Tampa, FL 33619 | $635,000.00 | 1110-000 | | | |
| 06/11/18 | | Watkins Law Firm PA 707 N. Franklin St., Ste 750 Tampa, FL 33602-4423 | Payment of Asset sold at Auction Reversal Incorrectly inputted the deposit amount | | | $0.00 | | $699.61 |
| | | | Gross Receipts | ($810,000.00) | | | | |

Page Subtotals:                     $414.22         $0.00

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-01141

Case Name: Corrugated Industries of Florida, Inc.

Taxpayer ID No: XX-XXX2705

For Period Ending: 03/23/2020

Trustee Name: Nicole M. Cameron

Bank Name: Union Bank

Account Number/CD#: XXXXXX3652

Checking

Blanket Bond (per case limit): $24,397,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Machinery, fixtures and equipment | ($175,000.00) | 1129-000 | | | |
| | | | 1920 U.S. Highway 301 N, Tampa, FL 33619 | ($635,000.00) | 1110-000 | | | |
| 06/11/18 | | Watkins Law Firm PA 707 N. Franklin St., Ste. 750 Tampa, FL 33602-4423 | Payment of Asset sold at Auction Payment of real estate and personal property sold at auction on 5/24/18 | | $810,000.00 | | $810,699.61 |
| | | | Gross Receipts | $810,000.00 | | | | |
| | 5 | | Machinery, fixtures and equipment | $175,000.00 | 1129-000 | | | |
| | 6 | | 1920 U.S. Highway 301 N, Tampa, FL 33619 | $635,000.00 | 1110-000 | | | |
| 06/11/18 | 1001 | Mcelroy Metal Inc. Po Box 1148 Shreveport, La. 71163-1148 | Distribution Payment of secured POC for sale of real estate - per O granting M/Sell Doc #141 | 4110-000 | | $80,761.27 | $729,938.34 |
| 06/11/18 | 1002 | Internal Revenue Service Centralized Insolvency Ops P O Box 7346 Philadelphia, Pa 19101-7346 | Distribution Payment of IRS lien on sale of real estate - per O Granting M/Sell Doc #141 | 4300-000 | | $204,760.49 | $525,177.85 |
| 06/11/18 | 1003 | Mississippi Department Of Revenue Bankruptcy Section P.O. Box 22808 Jackson, Ms 39225-2808 | Distribution payment of secured portion of claim for sale of real estate - per O Granting M/Sell Doc #141 | 4800-000 | | $850.81 | $524,327.04 |
| 06/11/18 | 1004 | Doug Belden Tax Collector C/O Brian Fitzgerald, Attorney 601 E Kennedy Blvd 14Th Flr Tampa, Fl 33602 | Distribution Payment of 2016 tangible property tax - per O Granting M/Sell Doc #141 | 4800-000 | | $554.19 | $523,772.85 |
| 06/11/18 | 1005 | Doug Belden Tax Collector C/O Brian Fitzgerald, Attorney 601 E Kennedy Blvd 14Th Flr Tampa, Fl 33602 | Distribution payment of 2016 real estate taxes - per O Granting M/Sell Doc #141 | 4700-000 | | $11,336.19 | $512,436.66 |

Page Subtotals:                    $810,000.00    $298,262.95

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-01141

Case Name: Corrugated Industries of Florida, Inc.

Taxpayer ID No: XX-XXX2705

For Period Ending: 03/23/2020

Trustee Name: Nicole M. Cameron

Bank Name: Union Bank

Account Number/CD#: XXXXXX3652

Checking

Blanket Bond (per case limit): $24,397,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/11/18 | 1006 | Doug Belden Tax Collector<br>Hillsborough County Tax Collector<br>601 E Kennedy Blvd 14Th Flr<br>Tampa Fl 33602 | Payment per Court Order<br>Payment of 2017 & 2018 tangible taxes for sale of assets - per O Granting M/Sell Doc #141 | 4800-000 | | $1,366.78 | $511,069.88 |
| 06/11/18 | 1007 | Doug Belden Tax Collector<br>Hillsborough County Tax Collector<br>601 E Kennedy Blvd 14Th Flr<br>Tampa Fl 33602 | Payment per Court Order<br>Payment of 2015 & 2017 real property taxes for sale of real estate - per O Granting M/Sell Doc #141 | 4700-000 | | $27,277.63 | $483,792.25 |
| 06/11/18 | 1008 | Doug Belden Tax Collector<br>Hillsborough County Tax Collector<br>601 E Kennedy Blvd 14Th Flr<br>Tampa Fl 33602 | Payment per Court Order<br>Payment of pro-rated 2018 real property taxes for sale of real estate - per O Granting M/Sell Doc #141 | 2820-000 | | $4,781.22 | $479,011.03 |
| 06/28/18 | 1008 | Doug Belden Tax Collector<br>Hillsborough County Tax Collector<br>601 E Kennedy Blvd 14Th Flr<br>Tampa Fl 33602 | Payment per Court Order Reversal<br>Returned from Creditor as not due at this time | 2820-000 | | ($4,781.22) | $483,792.25 |
| 07/12/18 | | Doug Belden Tax Collector<br>Hillsborough County Tax Collector<br>601 E Kennedy Blvd 14Th Flr<br>Tampa Fl 33602 | Refund of overpayment of 2018 tangible property taxes due | 4800-002 | | ($474.75) | $484,267.00 |
| 07/18/18 | 1009 | Industrial Asset Corp.<br>c/o John W. Crowe, Esq.<br>380 N. Old Woodward Ave., #300<br>Birmingham, MI 48009 | Payment of Estate's Tax Liability<br>Payment of pro-rated 2018 property tax for sale of real estate in Hillsborough County, Tampa, FL | 2820-000 | | $4,781.22 | $479,485.78 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $855.82 | $478,629.96 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $718.91 | $477,911.05 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $711.22 | $477,199.83 |

Page Subtotals:                                    $0.00         $35,236.83

Page: 5

**FORM 2**
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-01141

Case Name: Corrugated Industries of Florida, Inc.

Trustee Name: Nicole M. Cameron

Bank Name: Union Bank

Account Number/CD#: XXXXXX3652

Checking

Taxpayer ID No: XX-XXX2705

For Period Ending: 03/23/2020

Blanket Bond (per case limit): $24,397,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $687.20 | $476,512.63 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $709.03 | $475,803.60 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $685.22 | $475,118.38 |
| 01/03/19 | 1010 | ALLAN C WATKINS WATKINS LAW FIRM, PA 707 N FRANKLIN STREET, SUITE 750 TAMPA, FL 33602 | Payment of Administrative Expense Payment of interim attys fees per Doc #155 | 3210-000 | | $35,100.00 | $440,018.38 |
| 01/03/19 | 1011 | ALLAN C WATKINS WATKINS LAW FIRM, PA 707 N FRANKLIN STREET, SUITE 750 TAMPA, FL 33602 | Payment of Administrative Expense Payment of interim attys expenses per Doc #155 | 3220-000 | | $556.90 | $439,461.48 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $675.40 | $438,786.08 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $589.83 | $438,196.25 |
| 03/27/19 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | Bank Service Fee refund | 2600-002 | | ($589.83) | $438,786.08 |
| 03/27/19 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | Bank Service Fee refund | 2600-002 | | ($675.40) | $439,461.48 |
| 04/25/19 | 1012 | David W Steen David W. Steen, P.A. P.O. Box 270394 Tampa, FL 33688-0394 | Payment per Court Order Payment of admin fees per court order Doc #167 | 6710-000 | | $14,955.51 | $424,505.97 |
| 11/04/19 | | Transfer to Acct # xxxxxx0111 | Transfer of Funds | 9999-000 | | $424,505.97 | $0.00 |

COLUMN TOTALS $810,699.61 $810,699.61

Page Subtotals: $0.00 $477,199.83

Exhibit 9

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $424,505.97 |
| Subtotal | $810,699.61 | $386,193.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $810,699.61 | $386,193.64 |

Page Subtotals:                $0.00              $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-01141
Case Name: Corrugated Industries of Florida, Inc.

Trustee Name: Nicole M. Cameron
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0111
Checking

Exhibit 9

Taxpayer ID No: XX-XXX2705
For Period Ending: 03/23/2020

Blanket Bond (per case limit): $24,397,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/04/19 | | Transfer from Acct # xxxxxx3652 | Transfer of Funds | 9999-000 | $424,505.97 | | $424,505.97 |
| 01/28/20 | 2001 | Nicole M. Cameron 235 Apollo Beach Blvd., #231 Apollo Beach, FL 33572 | Distribution | | | $44,202.70 | $380,303.27 |
| | | Nicole M. Cameron | Final distribution creditor account # representing a payment of 100.00 % per court order. ($43,784.98) | 2100-000 | | | |
| | | Nicole M. Cameron | Final distribution creditor account # representing a payment of 100.00 % per court order. ($417.72) | 2200-000 | | | |
| 01/28/20 | 2002 | Office Of The United States Trustee Timberlake Annex, Suite 1200 501 E Polk Street Tampa, Fl 33602 | Final distribution to claim 32 creditor account # representing a payment of 100.00 % per court order. | 2950-000 | | $3,580.09 | $376,723.18 |
| 01/28/20 | 2003 | ALLAN C WATKINS Watkins Law Firm, PA 707 N. Franklin St., #750 Tampa, FL 33602 | Final distribution creditor account # representing a payment of 14.66 % per court order. | 3210-000 | | $6,030.00 | $370,693.18 |
| 01/28/20 | 2004 | ALLAN C WATKINS Watkins Law Firm, PA 707 N. Franklin St., #750 Tampa, FL 33602 | Final distribution creditor account # representing a payment of 1.07 % per court order. | 3220-000 | | $6.00 | $370,687.18 |
| 01/28/20 | 2005 | Andrea Bauman, CPA 1001 7th St. N. St. Petersburg, FL 33701-1503 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3410-000 | | $1,200.00 | $369,487.18 |
| 01/28/20 | 2006 | Andrea Bauman, CPA 1001 7th St. N. St. Petersburg, FL 33701-1503 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3420-000 | | $17.45 | $369,469.73 |
| 01/28/20 | 2007 | Five S Properties, Llc 425 N. Claiborne Avenue New Orleans, La 70112 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6920-000 | | $50,000.00 | $319,469.73 |

Page Subtotals:    $424,505.97    $105,036.24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-01141
Case Name: Corrugated Industries of Florida, Inc.

Trustee Name: Nicole M. Cameron
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0111
Checking

Exhibit 9

Taxpayer ID No: XX-XXX2705
For Period Ending: 03/23/2020

Blanket Bond (per case limit): $24,397,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/20 | 2008 | Florida Department of Revenue c/o Don Kiester, Esq. PO Box 2299 Mango, FL 33550-2299 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 6990-000 | | $17,790.66 | $301,679.07 |
| 01/28/20 | 2009 | Allen Barr 6408 Moss Way Tampa, Fl 33625 | Final distribution to claim 25 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $3,876.00 | $297,803.07 |
| 01/28/20 | 2010 | David Schonacher 321 Sand Ridge Drive Valrico, Fl 33594 | Final distribution to claim 26 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $23,303.50 | $274,499.57 |
| 01/28/20 | 2011 | Derek Hottenroth 522 Terrace Drive Brandon, Fl 33510 | Final distribution to claim 27 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $5,230.30 | $269,269.27 |
| 01/28/20 | 2012 | Boguslaw A. Bator 10112 Holland Road Riverview, Fl 33578 | Final distribution to claim 28 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $2,844.30 | $266,424.97 |
| 01/28/20 | 2013 | Gene D. Lebouef, Sr. 3117 Grandview Place Slidell, La 70458 | Final distribution to claim 29 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $3,696.35 | $262,728.62 |
| 01/28/20 | 2014 | Gene D. Lebouef, Jr. 132 Royal Oak Drive Slidell, La 70460 | Final distribution to claim 30 creditor account # representing a payment of 100.00 % per court order. | 5300-000 | | $15,629.00 | $247,099.62 |
| 01/28/20 | 2015 | Mississippi Department Of Revenue Bankruptcy Section P.O. Box 22808 Jackson, Ms 39225-2808 | Final distribution to claim 5 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $618.88 | $246,480.74 |
| 01/28/20 | 2016 | Department Of Revenue Po Box 6668 Tallahassee Fl 32314-6668 | Final distribution to claim 9 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $75,604.57 | $170,876.17 |

Page Subtotals:          $0.00      $148,593.56

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-01141
Case Name: Corrugated Industries of Florida, Inc.

Trustee Name: Nicole M. Cameron
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0111
Checking

Exhibit 9

Taxpayer ID No: XX-XXX2705
For Period Ending: 03/23/2020

Blanket Bond (per case limit): $24,397,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/20 | 2017 | Internal Revenue Service Centralized Insolvency Ops P O Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 10 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $116,779.43 | $54,096.74 |
| 01/28/20 | 2018 | Louisiana Department Of Revenue Po Box 66658 Baton Rouge, La 70896 | Final distribution to claim 23 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $11,758.18 | $42,338.56 |
| 01/28/20 | 2019 | Louisiana Department Of Revenue Louisiana Deaprtment Of Revenue Po Box 66658 Baton Rouge, La 70896 | Final distribution to claim 24 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $5,779.19 | $36,559.37 |
| 01/28/20 | 2020 | Tyco Integrated Security Llc 10405 Crosspoint Blvd Indianapolis In 46256 | Final distribution to claim 3 creditor account # representing a payment of 2.12 % per court order. | 7100-000 | | $28.40 | $36,530.97 |
| 01/28/20 | 2021 | Airgas Usa, Llc 110 West 7Th Street, Suite 1400 Tulsa, Ok 74119 | Final distribution to claim 7 creditor account #8987 representing a payment of 2.11 % per court order. | 7100-000 | | $9.50 | $36,521.47 |
| 01/28/20 | 2022 | Bay Insulation Of Louisiana Inc. Eric R. Von Helms Kohner, Mann & Kailas, S.C. 4650 North Port Washington Road Milwaukee, Wi 53212 | Final distribution to claim 8 creditor account #0824 representing a payment of 2.12 % per court order. | 7100-000 | | $266.23 | $36,255.24 |
| 01/28/20 | 2023 | Internal Revenue Service Centralized Insolvency Ops P O Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 10 creditor account # representing a payment of 2.12 % per court order. | 7100-000 | | $31.73 | $36,223.51 |
| 01/28/20 | 2024 | Chris Weaver 1207 Monte Lake Drive Valrico, Fl 33596 | Final distribution to claim 11 creditor account # representing a payment of 2.12 % per court order. | 7100-000 | | $359.66 | $35,863.85 |
| 01/28/20 | 2025 | Nci Group Inc Metal Building Components Inc 2280 Monier Ave Lithia Springs, Ga 30122 | Final distribution to claim 12 creditor account #8205 representing a payment of 2.12 % per court order. | 7100-000 | | $1,035.05 | $34,828.80 |

Page Subtotals: $0.00 $136,047.37

Page: 10

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-01141
Case Name: Corrugated Industries of Florida, Inc.

Trustee Name: Nicole M. Cameron
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0111
Checking

Exhibit 9

Taxpayer ID No: XX-XXX2705
For Period Ending: 03/23/2020

Blanket Bond (per case limit): $24,397,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/20 | 2026 | Konecranes, Inc Attn. Legal Department 4400 Gateway Blvd Springfield Oh 45502 | Final distribution to claim 13 creditor account #1449 representing a payment of 2.12 % per court order. | 7100-000 | | $23.97 | $34,804.83 |
| 01/28/20 | 2027 | Brimmer, Burek & Keelan Llp 5601 Mariner Street Suite 200 Tampa, Fl 33609 | Final distribution to claim 14 creditor account #0197 representing a payment of 2.12 % per court order. | 7100-000 | | $1,113.37 | $33,691.46 |
| 01/28/20 | 2028 | Ge Capital Retail Bank C/O Pra Receivables Management, Llc Po Box 41021 Norfolk Va 23541 | Final distribution to claim 15 creditor account #1253 representing a payment of 2.12 % per court order. | 7100-000 | | $18.93 | $33,672.53 |
| 01/28/20 | 2029 | Mcelroy Metal Inc. Po Box 1148 Shreveport, La. 71163-1148 | Final distribution to claim 16 creditor account #9789 representing a payment of 2.12 % per court order. | 7100-000 | | $17,547.06 | $16,125.47 |
| 01/28/20 | 2030 | Craco Metal Supply Inc. 1122 Johnson Rd. Po Box 1105 York Sc. 29745 | Final distribution to claim 17 creditor account #OR12 representing a payment of 2.12 % per court order. | 7100-000 | | $526.18 | $15,599.29 |
| 01/28/20 | 2031 | Five S Properties, Llc 425 N. Claiborne Avenue New Orleans, La 70112 | Final distribution to claim 18 creditor account # representing a payment of 2.12 % per court order. | 7100-000 | | $13,773.02 | $1,826.27 |
| 01/28/20 | 2032 | All Steel Buildings Inc 10159 Us Hwy 41 South Gibsonton Fl 33534 | Final distribution to claim 20 creditor account # representing a payment of 2.12 % per court order. | 7100-000 | | $295.82 | $1,530.45 |
| 01/28/20 | 2033 | Angelo"s Aggregate Materials Angelos Aggregate Materials C/O Glen Bleau 855 28Th Street South St. Petersburg, Fl 33712 | Final distribution to claim 21 creditor account # representing a payment of 2.12 % per court order. | 7100-000 | | $96.05 | $1,434.40 |
| 01/28/20 | 2034 | AmTrust North America, Inc. 800 Superior Ave. East, 20th Floor Cleveland, OH 44114 | Final distribution to claim 22 creditor account # representing a payment of 2.12 % per court order. | 7100-000 | | $66.79 | $1,367.61 |

Page Subtotals:    $0.00    $33,461.19

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 17-01141                                                                 Trustee Name: Nicole M. Cameron          Exhibit 9

Case Name: Corrugated Industries of Florida, Inc.                                 Bank Name: Axos Bank

Account Number/CD#: XXXXXX0111

Checking

Taxpayer ID No: XX-XXX2705                                                        Blanket Bond (per case limit): $24,397,000.00

For Period Ending: 03/23/2020                                                     Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/20 | 2035 | C. Stephen Allen<br>3606 Swann Avenue<br>Tampa, Fl 33609 | Final distribution to claim 31 creditor account # representing a payment of 2.12 % per court order. | 7100-000 | | $1,367.61 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $424,505.97 | $424,505.97 |
| Less: Bank Transfers/CD's | $424,505.97 | $0.00 |
| Subtotal | $0.00 | $424,505.97 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $424,505.97 |

UST Form 101-7-TDR (10/1/2010) *(Page: 25)*                   Page Subtotals:                                      $0.00          $1,367.61

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0111 - Checking | $0.00 | $424,505.97 | $0.00 |
| XXXXXX3652 - Checking | $810,699.61 | $386,193.64 | $0.00 |
| | $810,699.61 | $810,699.61 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $810,699.61 | |
| Total Gross Receipts: | $810,699.61 | |